FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 2 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 16-1420 MCA |
| Plaintiff, ) | |
| vs. ) | Counts 1-9:  18 U.S.C. § 1951(a): Interference with Interstate Commerce by Robbery and Violence; |
| **SHELDON HARRIS,** ) | |
| Defendant. ) | Count 10:  18 U.S.C. § 924(c):  Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about August 22, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of V.C. and R.T., employed by the Subway restaurant, against their will by means of actual and threatened force, violence, and fear of injury to their persons, that is, the defendant threatened the Subway restaurant employees with a firearm.

In violation of 18 U.S.C. § 1951(a).

## Count 2

On or about September 6, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of A.V. and R.T., employed by the Subway restaurant, against their will by means of actual and threatened force, violence, and fear of injury to their persons, that is, the defendant threatened the Subway restaurant employees with a firearm.

In violation of 18 U.S.C. § 1951(a).

## Count 3

On or about September 8, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of L.B., employed by the Subway restaurant, against her will by means of actual and threatened force, violence, and fear of injury to her person, that is, the defendant threatened the Subway restaurant employee with a firearm.

In violation of 18 U.S.C. § 1951(a).

## Count 4

On or about September 26, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and

commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of A.F., employed by the Subway restaurant, against her will by means of actual and threatened force, violence, and fear of injury to her person, that is, the defendant threatened the Subway restaurant employee with a firearm.

In violation of 18 U.S.C. § 1951(a).

## Count 5

On or about October 1, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of A.R.-E., employed by the Blake's Lotaburger restaurant, against his will by means of actual and threatened force, violence, and fear of injury to his person, that is, the defendant threatened the Blake's Lotaburger restaurant employee with a firearm.

In violation of 18 U.S.C. § 1951(a).

## Count 6

On or about October 5, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of A.J. and A.F., employed by the Subway restaurant, against their will by means of actual and threatened force, violence, and fear of injury to their persons, that is, the defendant threatened the Subway restaurant employees

with a firearm.

In violation of 18 U.S.C. § 1951(a).

## Count 7

On or about October 5, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of S.M., employed by the Blake's Lotaburger restaurant, against his will by means of actual and threatened force, violence, and fear of injury to his person, that is, the defendant threatened the Blake's Lotaburger restaurant employee with a firearm.

In violation of 18 U.S.C. § 1951(a).

## Count 8

On or about October 11, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of K.S., K.M., P.C., and A.V., employed by the Blake's Lotaburger restaurant, against their will by means of actual and threatened force, violence, and fear of injury to their persons, that is, the defendant threatened the Blake's Lotaburger restaurant employees with a firearm.

In violation of 18 U.S.C. § 1951(a).

Count 9

On or about October 18, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery as that term is defined in Section 1951, in that the defendant did unlawfully take and obtain money from the presence of D.R.-S., employed by the Blake's Lotaburger restaurant, against his will by means of actual and threatened force, violence, and fear of injury to his person, that is, the defendant threatened the Blake's Lotaburger restaurant employee with a firearm.

In violation of 18 U.S.C. § 1951(a).

Count 10

From on or about August 22, 2015, to on or about October 18, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **SHELDON HARRIS**, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically interference with interstate commerce by robbery, as charged in Count 9 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_Elaine J. Ramirez_
Assistant United States Attorney
KAB   04/08/16   12:56PM